IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| ASHLEY PRICE | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 1:10-CV-00904-DDD -JDK |
| AMERICAN EAGLE AIRLINES, INC. | § § § | |
| Defendant. | § § | |

## DEFENDANT'S CORPROATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1, the Court's Notice of Corporate Disclosure Statement, Defendant American Eagle Airlines, Inc. provides the following information:

Defendant's parent corporation is AMR Corporation.

Respectfully Submitted,

　*/s/ Steven M. Oxenhandler*
Steven M. Oxenhandler
Louisiana State Bar No. 28405
**GOLD, WEEMS, BRUSER, SUES AND RUNDELL**
2001 MacArthur Drive
Alexandria, LA  71307-6118
(318) 445-6471
(318) 445-6476  facsimile
soxenhandler@goldweems.com

Tracey R. Wallace
Texas State Bar No. 00797617
twallace@jw.com
Lauren E. Mutti
Texas State Bar No. 24050042
lmutti@jw.com
**JACKSON WALKER, L.L.P.**
901 Main Street
Suite 6000
Dallas, Texas 75202
(214) 953-6000
(214) 953-5822  facsimile

**ATTORNEYS FOR AMERICAN EAGLE AIRLINES, INC.**

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 10th day of September, 2010, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Louisiana, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept that Notice as service of this document by electronic means:

 Tamara Battles
 1605 Murray Street, Suite 124
 Alexandria, LA 71301

            */s/ Steven M. Oxenhandler*
             Steven M. Oxenhandler