RECEIVED
IN ALEXANDRIA, LA

OCT 25 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ASHLEY PRICE | CIVIL ACTION NO. 10-904 |
| VERSUS | JUDGE TRIMBLE |
| AMERICAN EAGLE AIRLINES, INC. | MAGISTRATE JUDGE KIRK |

### NOTICE OF TRIAL FIXING

A trial fixing conference was held this day by telephone which included counsel for all parties and Magistrate Judge Kirk in his chambers at Alexandria, Louisiana. Pursuant to the wishes of the parties and the agreement of this court, it is hereby

**ORDERED** that the **THREE DAY JURY TRIAL** of the above captioned case is fixed and shall commence on **MONDAY, OCTOBER 31, 2011.** The case shall be tried before U.S. District Judge James T. Trimble, Jr. and shall commence at **9:30 a.m.** in the courtroom on the second floor of the United States Federal Courthouse in Alexandria, Louisiana.

**The parties are cautioned that no motion for continuance of the trial date fixed herein shall be granted absent a showing of good cause. Neither the fact that the parties are not prepared for trial, nor the fact that the parties all agree to a continuance shall be considered as constituting good cause.**

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 25th day of October, 2010.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE